IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

BRAXTON LEE TROGDAN,             )
                                 )
            Plaintiff,           )
                                 )
    v.                           )        1:23CV366
                                 )
SARGENT JOHN DOE, et al.,        )
                                 )
            Defendant(s).        )

**ORDER**

On May 30, 2023, the United States Magistrate Judge's Order and Recommendation was filed and notice was served on the parties in accordance with 28 U.S.C. § 636(b). No objections were filed within the time limits prescribed by section 636.

The court has reviewed and hereby adopts the Magistrate Judge's Recommendation.

IT IS THEREFORE ORDERED that Plaintiff's claims against Defendant Sims for excessive force, cruel and unusual punishment, and assault and battery may proceed but that the remainder of the claims are DISMISSED pursuant to 28 U.S.C. § 1915A for failing to state a claim upon which relief may be granted.

                                    /s/   Thomas D. Schroeder
                                    United States District Judge

July 3, 2023